FILED
U.S. DIST. COURT

2007 SEP -6 P 4: 56

CLERK 

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

STEPHEN ALVELO,  )
 )
    Plaintiff,  )
 )
v.  )  Case No. CV407-099
 )
CHATHAM COUNTY JAIL,  )
 )
    Defendant.  )

## ORDER

Plaintiff has returned his completed **Prisoner Trust Fund Account Statement** form, doc. 4, in compliance with this Court's July 26, 2007 Order provisionally granting him leave to proceed *in forma pauperis*. Plaintiff has not returned his **Consent to Collection of Fees from Trust Account** form. The Court will require plaintiff to consent to collection of fees before this case is allowed to proceed. Plaintiff is DIRECTED to return an executed consent form within ten days of the date of this order if he wishes to pursue this action. Failure

to return this form, a copy of which is attached, will result in a recommendation that this action be dismissed.

**SO ORDERED** this 6th day of **September, 2007.**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

STEPHEN ALVELO, )
)
    Plaintiff, )
)
v. ) Case No. CV407-099
)
CHATHAM COUNTY JAIL, )
)
    Defendant. )

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

As a condition to proceeding with this lawsuit, I hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Court an initial partial filing fee equal to 20 percent of the greater of

    (a)    the average monthly deposits to my account, or

    (b)    the average monthly balance in my account

for the six-month period immediately preceding the filing of my complaint. I understand that I may not withdraw any monies from my account until this initial payment has been paid.

After the payment of any initial partial filing fee, I further consent for the appropriate prison officials to collect from my account on a continuing basis each month an amount equal to 20 percent of all deposits credited to my account. Each time the set aside amount reaches $10.00, the trust officer shall forward the payment to the Clerk's office, United States District Court, P.O. Box 8286, Savannah, Georgia, until such time as the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs which may be imposed by the Court.

Date: _____ Plaintiff's Signature: _____

                                            Plaintiff's Prison No: _____